AMBROSE J. McNAMARA, Appellant and Respondent, *v.* HERBERT S. POWELL et al., Respondents and Appellants.

Submitted November 25, 1946; decided November 27, 1946.

*Howard F. Mahon* for motion.
*M. William Bray* opposed.

Motion denied, with $10 costs.